FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 3 1 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S  DEPUTY

MIGUEL MANSANARES
P.O. BOX 33534
PHOENIX, ARIZONA 85067

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICTS OF ARIZONA

| | |
|---|---|
| Miguel Mansanares<br><br>State Defendant / Federal Petitioner<br><br>Vs.<br><br>State Plaintiffs / Federal Respondents<br>Judge Osterfeld<br>Richard Marrow<br>Shelly Smith<br>State Plaintiffs / Federal Respondents | COMPLAINT<br><br>CV'07 1473 PHX LOA |

I, MIGUEL Mansanares am participating in good faith and respectfully petition the United States Federal District Court State of Arizona to remove cases

Superior Court Case No. S-07-CR-2007-117854,

Buckeye Judge GM Ostrefeld; TR-2007-6375

Buckeye Judge GM Osterfeld; TR-2007-119661-001,

Superior Court case, CR-2007-144433-001-DT -

To the best of Miguel Mansanares' knowledge there are no

1

outstanding fines.    JURISDICTION from Maricopa Superior Court Criminal Division to United States Federal District Court pursuant to Removal Statute, Civil Rights Statute, 28 U.S.C. § 1443; 28 U.S.C. § 1343 (1)(2)(3)(4); conspiratorial racial discrimination statute 1985(2)(3); Civil Rights Statute 42 USCS  § 1983; Racial Discrimination statute 42 USCS § 1981; All Writs Statute § 1651

Case CR-2007-144433-001-DT was based upon a traffic stop made in or around February 22, 2007.  The case was scratched.   Calculating time from the time of the 02-22-07 traffic stop arrest,  up until todays' date. July 31, 2007,  there appears to be one hundred fifty nine days have past. INORDINATE DELAY.

It appears that the prosecution waited until time statutes for request for evidence had past before filing the complaint.

It appears the legal plan of action include an  attempt to make a presentation to a Grand Jury to secure an indictment, obstructing Miguel Mansanares' Fourth Amendment right to a timely probable cause hearing. The pattern of bad faith adjudication can be noted.   The same alleged conspiracy was successfully attempted March 2000 when trial defense attorney, Robert D. Wooten obstructed Miguel Mansanares' right to a preliminary hearing then encouraged the arresting officer to secure the Grand Jury Indictment.  THIS PETITION WAS FILED TO PREVENT CONSTITUTIONAL VIOLATIONS.   AUGUST / SEPTEMBER / OCTOBER appear to be important dates active conspirators move to falsify

2

court records. IT IS IMPERATIVE TO SECURE MIGUEL'S CASES IN FEDERAL COURT TO PREVENT REPEATED DEPRIVATION OF CONSTITUTIONAL RIGHTS.

RELATED CASE: Wrongful Death Lawsuit (Miguel's Mother named as Defendant) : It appears that Judge Kristin Hoffman appears to be moving aggressively under color of law, focused upon falsifying court records against MR. LUIS MANSANARES (deceased six months before the April 11, 2005 fire). The wrongful death lawsuit involves the April 11, 2005 death of FOUR HISPANIC CHILDREN. The rental property that burned is owned by the Mansanares family. THE CAUSE OF ACTION APPEARS TO HAVE ARISEN UNDER FEDERAL LAW.

April 11, 2005, MIGUEL MANSANARES remained in NEWTON TEXAS PRISON. Next month, May, 2005, was released from serving five years in maximum security prison. MIGUEL MANSANARES WAS WRONGFULLY CONVICTED, ALLEGEDLY TARGETED BY TRIAL DEFENSE ATTORNEY, ROBERT D. WOOTEN. [Black Attorney who allegedly organized a racial discrimination conspiracy targeting MIGUEL Mansanares, MR. LUIS MANSANARES (Miguel's Father), Mrs. Victoria Mansanares (Miguel's Mother), Randall Mansanares (Miguel's brother) and Miguel's "Sister" ] Each member of the Mansanares family who witnessed trial defense attorney throw the June 2000 trial appear to be under attack, denied EQUAL PROTECTION UNDER THE LAWS.

Miguel Mansanares was released from maximum security prison in

or around May 2005.

The burning of rental property owned by the Mansanares family occurred April 11, 2005, one month prior to Miguel Mansanares' release.

During the time Miguel Mansanares was released, [May 2005] simultaneously, Commissioner David Cunanan moved aggressively under color of law without jurisdiction targeting RANDALL Mansanares [Miguel Mansanares' brother], using the State v. Randall Mansanares case as a resource to falsify court records generating false evidence needed to subvert final federal court decision made in regard to Miguel Mansanares' Writ of Habeas Corpus filed September 18, 2004.

THE ACTIVE CONSPIRACY TARGETED AGAINST THE MANSANARES FAMILY APPEARS TO BE SET FORTH TO DENY AND OBSTRUCT MIGUEL MANSANARES FROM FILING HIS 1983 CLAIM.

MIGUEL MANSANARES was released from Prison, May 2005, but the alleged conspiracy continued. The Mansanares family have been denied the Constitutional right to live their lives freely, forced to adjudicate bad faith cases. It is alleged that the alleged racial discrimination conspiracy included, State agents moving in concert, engaged in a specific course of action, using and abusing the court system to obstruct Constitutional rights and to cause separation and destruction of family.

The Mansanares family aided Miguel Mansanares to fight for his freedom, but have not had the opportunity to provide Miguel Mansanares

with the care and nurturing he deserves.   THE ALLEGED RACIAL DISCRIMINATION CONSPIRACY OBSTRUCTED JUSTICE, DENIED THE MANSANARES FAMILY THE RIGHT TO LIVE LIFE FREELY, OBSTRUCTED CONSTITUTIONAL RIGHTS. TO BE FREE TO TRAVEL DENIED EQUAL PROTECTION OF THE LAWS, abusing judicial resources in an apparent effort to prove racial superiority over a family of a different minority race..

MIGUEL MANSANARES' WRIT OF HABEAS CORPUS WAS FILED SEPTEMBER 18, 2004.   DURING THAT TIME SPAN, BUCKEYE JUDGE, G.M. OSTERFELD WAS ADJUDICATING RANDALL MANSANARES' CASE.  NOW MIGUEL MANSANARES IS BACK BEFORE JUDGE OSTERFELD.   IT IS IMPERATIVE THAT MIGUEL MANSANARES AS WELL AS ALL ACTIVE MANSANARES CASES BE SECURED INTO THE FEDERAL DISTRICT COURT and OR THE UNITED STATES SUPREME COURT.

Miguel Mansanares claims that prosecution and conviction under such terms will violate Miguel Mansanares' rights under constitutional provisions without any protection against racial discrimination.   <u>Johnson v Mississippi</u> (1975) 421 US 213, 44 L Ed 2d 121, 95 S Ct 1591.  **Infra.**

> "For removal pursuant to 28 USCS § 1443(1) of state criminal actions to federal district courts it must appear that right allegedly denied removal petitioner arises under federal law providing for specific civil rights stated in terms of racial equality,

and claims that prosecution and conviction will violate rights under constitutional or statutory provisions of general applicability or under statutes not protecting against racial discrimination will not suffice." Johnson v Mississippi (1975) 421 US 213, 44 L Ed 2d 121, 95 S Ct 1591.

An active conspiracy appears to be in play. A SUMMONS HAS BEEN FILED, IN NEW SUPERIOR COURT CASE FILED in or around July 27, 2007. Simultaneously, A HEARING IS SET BEFORE BUCKEYE JUDGE, GM. OSTERFELD, August 01, 02, 03, 2007. ACTIVE CONSPIRATORS APPEAR TO WANT TO SECURE MIGUEL MANSANARES' ARREST TO OBSTRUCT CONSTITUTIONAL RIGHTS. .

Administration of a law which appears fair on its face violates the Equal Protection Clause if done in a way which is racially discriminatory ( *Yick Wo* v. *Hopkins*, 118 U.S. 356) or which prefers the proponents of certain ideas over others ( *Niemotko* v. *Maryland*, 340 U.S. 268, 272;

WHEREFORE THE ABOVE STATED REASONS:   Miguel Mansanraes respectfully Petitions this court for removal of the case from State court to Federal Court.

/ / /
/ / /

7/26/07

6

Copies mailed and or hand delivered this 1st day of August, 2007

BUCKEYE COURT
Honorable Judge GM Osterfeld
100 Apache
Buckeye, Arizona 85326

Madeline Hendrix
Deputy County Attorney
301 West Jefferson Street
Phoenix, Arizona 85003

Maricopa Superior Court
201 West Jefferson
Phoenix, Ariz. 85003

*Victoria Mansanares* (signature)
Victoria Mansanares